# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **TAMMY C. PRESTON,** | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No.: _____ |
| **VANDERBILT MORTGAGE AND FINANCE, INC.** and **EXPERIAN SOLUTIONS, INC.,** | § § § § § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441, Defendant Vanderbilt Mortgage and Finance, Inc. ("VMF") hereby removes the above-captioned action to this Court and states as follows:

1. VMF is a named Defendant in Civil Action No. CV-2011-900035 which was filed in St. Clair County, Alabama.

2. The Complaint in the St. Clair County Action was filed on February 9, 2011. VMF was served with a copy of the Complaint on February 14, 2011.

3. This Notice is being filed with this Court within thirty (30) days after Defendant VMF received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

4. Copies of all process, pleadings, and orders served upon and by VMF in the County Court Action are attached hereto as Exhibit "A".

5. VMF is a corporation which regularly furnishes information to one or more consumer reporting agencies about its transactions or experiences with consumers, and therefore is a "furnisher of information" within the meaning of 15 U.S.C.§ 1681s-2.

6. Experian Information Solutions, Inc. ("Experian"), a Co-Defendant, is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f). Upon information and belief, Experian consents to this removal.

7. The claims for relief against VMF and Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et. seq.* Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.SC. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441.

8. Promptly after the filing of this Notice of Removal, VMF shall provide notice of the removal to Plaintiff through his/her attorney of record in the

State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Respectfully submitted,

_____
Paige M. Oldshue (CAR-108)
Attorney for Defendant
Vanderbilt Mortgage and Finance, Inc.

**_Of Counsel_:**
Rosen Harwood, P.A.
2200 Jack Warner Parkway
Suite 200 (35401)
P.O. Box 2727
Tuscaloosa, AL  35403-2727
(205) 344-5000

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing by mailing same *via* United States Mail, postage prepaid and properly addressed on this the day 1st day of March, 2011 to the following counsel in this proceeding:

Wesley L. Phillips
Phillips Law Group, L.L.C.
P.O. Box 130488
Birmingham, AL 35213-0488
**Attorney for Plaintiff**

_____
Of Counsel