FILED

2011 Mar-04  PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | | |
|---|---|---|
| **TAMMY C. PRESTON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **VANDERBILT MORTGAGE AND** | ) | **CIVIL ACTION NO. 11-PT-832-E** |
| **FINANCE, INC. and EXPERIAN** | ) | |
| **INFORMATION SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S ANSWER TO
PLAINTIFF'S COMPLAINT AND AFFIRMATIVE DEFENSES**

COMES NOW Defendant Experian Information Solutions, Inc. ("Experian"), by its undersigned counsel, and in answer to Plaintiff, Tammy C. Preston's ("Plaintiff") Complaint ("Complaint"), states as follows:

**PARTIES**

1.      In response to paragraph 1 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

2.      In response to paragraph 2 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

3.      In response to paragraph 3 of the Complaint, Experian states that it is an Ohio corporation, with its principal place of business in Costa Mesa, California. Experian admits that it is qualified to do business and does do business in Alabama.

## FACTUAL ALLEGATIONS

4.      In response to paragraph 4 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

5.      In response to paragraph 5 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

6.      In response to paragraph 6 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

7.      In response to paragraph 7 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

8.      In response to paragraph 8 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein

and, on that basis, denies, generally and specifically, each and every allegation contained therein.

9.      In response to paragraph 9 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

10.     In response to paragraph 10 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

11.     In response to paragraph 11 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

12.     In response to paragraph 12 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

13.     In response to paragraph 13 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

14.     In response to paragraph 14 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

15.     In response to paragraph 15 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

16.     In response to paragraph 16 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

17.     In response to paragraph 17 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

18.     In response to paragraph 18 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

19.     In response to paragraph 19 of the Complaint, Experian admits the allegations contained in said paragraph.

20.     In response to paragraph 20 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

21.     In response to paragraph 21 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

22.     In response to paragraph 22 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 22 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

23.     In response to paragraph 23 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 23 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

24.     In response to paragraph 24 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations

contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

25.     In response to paragraph 25 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

26.     In response to paragraph 26 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

27.     In response to paragraph 27 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 27 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

28.     In response to paragraph 28 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 28 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

29.     In response to paragraph 29 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 29 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

30.     In response to paragraph 30 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically, each and every allegation contained therein.

31.     In response to paragraph 31 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

32.     In response to paragraph 32 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

33.     In response to paragraph 33 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

34.     In response to paragraph 34 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

35.     In response to paragraph 35 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

36.    In response to paragraph 36 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

37.    In response to paragraph 37 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

38.    In response to paragraph 38 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

39.    In response to paragraph 39 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

40.    In response to paragraph 40 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 40 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

41.     In response to paragraph 41 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 41 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

42.     In response to paragraph 42 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 42 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

43.     In response to paragraph 43 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

44.     In response to paragraph 44 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

45.     In response to paragraph 45 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 45 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that

basis, denies, generally and specifically, each and every allegation contained therein.

46.     In response to paragraph 46 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

47.     In response to paragraph 47 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 47 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

48.     In response to paragraph 48 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

49.     In response to paragraph 49 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

50.     In response to paragraph 50 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

51.     In response to paragraph 51 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 51 apply to another defendant, Experian states that it is without information or knowledge sufficient

to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

52.    In response to paragraph 52 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 52 apply to another defendant, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

## COUNT ONE

## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT - 15 U.S.C. § 1681, *et seq.*

53.    Experian incorporates by reference as if fully set forth herein its responses to paragraphs 1 through 52 above for its answer to paragraph 53 of the Complaint.

54.    In response to paragraph 54 of the Complaint, Experian admits the allegations contained therein.

55.    In response to paragraph 55 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

56.    In response to paragraph 56 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

57.     In response to paragraph 57 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

58.     In response to paragraph 58 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

59.     In response to paragraph 59 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 59 apply to other defendants, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

60.     In response to paragraph 60 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 60 apply to other defendants, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

61.     In response to paragraph 61 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 61 apply to other defendants, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

Experian denies that Plaintiff is entitled to any form of relief in the WHEREFORE clause following paragraph 61 of the Complaint.

## COUNT TWO

## DEFAMATION

62.  Experian incorporates by reference as if fully set forth herein its responses to paragraphs 1 through 61 above for its answer to paragraph 62 of the Complaint.

63.  In response to paragraph 63 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 63 apply to other defendants, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

64.  In response to paragraph 64 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 64 apply to other defendants, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

65.  In response to paragraph 65 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 65 apply to other defendants, Experian states that it is without information or knowledge sufficient to

form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

66.     In response to paragraph 66 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

Experian denies that Plaintiff is entitled to any form of relief in the WHEREFORE clause following paragraph 66 of the Complaint.

## COUNT THREE

## INVASION OF PRIVACY

67.     Experian incorporates by reference as if fully set forth herein its responses to paragraphs 1 through 66 above for its answer to paragraph 67 of the Complaint.

68.     In response to paragraph 68 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

69.     In response to paragraph 69 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

Experian denies that Plaintiff is entitled to any form of relief in the WHEREFORE clause following paragraph 69 of the Complaint.

## COUNT FOUR

## NEGLIGENT, RECKLESS, WANTON, MALICIOUS AND/OR INTENTIONAL CONDUCT

70.    Experian incorporates by reference as if fully set forth herein its responses to paragraphs 1 through 69 above for its answer to paragraph 70 of the Complaint.

71.    In response to paragraph 71 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 71 apply to other defendants, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

72.    In response to paragraph 72 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

73.    In response to paragraph 73 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

74.    In response to paragraph 74 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 74 apply to other defendants, Experian states that it is without information or knowledge sufficient to

form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

75. In response to paragraph 75 of the Complaint, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

76. In response to paragraph 76 of the Complaint, Experian denies, generally and specifically, each and every allegation contained therein.

77. In response to paragraph 77 of the Complaint, to the extent that the allegations contained therein apply to Experian, Experian denies, generally and specifically, each and every allegation contained therein.  To the extent that the allegations in paragraph 77 apply to other defendants, Experian states that it is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies, generally and specifically, each and every allegation contained therein.

Experian denies that Plaintiff is entitled to any form of relief in the WHEREFORE clause following paragraph 77 of the Complaint.

## ADDITIONAL RESPONSE

Experian denies each allegation of the Complaint not specifically admitted above and denies that Plaintiff is entitled to any of the relief or damages she seeks in this action.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

The Complaint herein, and each cause of action thereof, fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts

sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## SECOND AFFIRMATIVE DEFENSE

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

## THIRD AFFIRMATIVE DEFENSE

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## FOURTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate her damages.

## SIXTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein is barred by laches.

## SEVENTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff was, at least in part, caused by the actions of Plaintiff herself and resulted from Plaintiff's own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

## EIGHTH AFFIRMATIVE DEFENSE

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff. Therefore, Plaintiff is estopped and barred from recovery of any damages.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred by the applicable statute of limitations, including but not limited to 15 U.S.C. § 1681p.

### TENTH AFFIRMATIVE DEFENSE

The Complaint, and each claim for relief therein that seeks equitable relief, is barred by the doctrine of unclean hands.

### ELEVENTH AFFIRMATIVE DEFENSE

Any damages which Plaintiff may have suffered, which Experian continues to deny, were not caused by Experian, but by an independent intervening cause (*e.g.*, accurate negative information regarding Plaintiff).

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's state law claims are preempted to the extent they are inconsistent with the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). Experian's conduct is governed by the Fair Credit Reporting Act and Experian acted at all times in compliance with the Fair Credit Reporting Act.

### THIRTEENTH AFFIRMATIVE DEFENSE

Experian did not act with malice or willful intent toward Plaintiff but rather acted in good faith at all times in its dealings with her.

### FOURTEENTH AFFIRMATIVE DEFENSE

In the event that a settlement is reached between Plaintiff and any other party, Experian is entitled to any settlement credits permitted by law.

### FIFTEENTH AFFIRMATIVE DEFENSE

An assessment of punitive damages in this action is unconstitutional as to Experian and

as applied to the acts and circumstances in this case in that:

a)      It operates to create an arbitrary and capricious method and manner for the jury's assessment in determination of damages, without regard for the quality and quantity of culpability of other defendants joined in one action;

b)      It operates to deny to Experian a fair opportunity to have the jury assess damages based on Experian's alleged culpability for negligence which cannot be segregated from allegations of negligence against other defendants joined in this action;

c)      In failing to provide for joint contribution and an apportionment of damages among defendants, it deprives Experian of property without due process of law and contrary to the Fifth and Fourteenth Amendments to the Constitution of the United States and specifically to those portions thereof proscribing any state from depriving any person of property without due process of law;

d)      In failing to provide for joint contribution and an apportionment of damages among defendants, it deprives Experian of property without due process of law contrary to Article I, Section 6 of the Constitution of the State of Alabama which provides, insofar as are germane, that no person shall be deprived of property except by due process of law.

e)      An award of punitive damages in this case against Experian would be unconstitutional for the reason that awards of punitive damages are not governed by any specific standards, are not based on rational distinctions, do not serve any legitimate state interest and thereby violate the due process and equal protection provisions of both the Fourteenth Amendment to the United States Constitution and Article I, Sections 1, 6, and 22 of the Constitution of Alabama.

f)      Any demand for punitive damages violates the Sixth Amendment of the United States Constitution in that such claim for punitive damages is a claim that is penal in nature, entitling Experian to the same procedural safeguards accorded to a criminal defendant under the Sixth Amendment.

g)      Any demand for punitive damages violates the self-incrimination clause of the Fifth Amendment of the United States Constitution in that the damages claimed are penal in nature while Experian is required to disclose documents and/or other evidence without the safeguard against self-incrimination set out in the Fifth Amendment.

h)      Any demand for punitive damages violates the Fifth Amendment of the United States Constitution which prohibits deprivation of life, liberty or property except by due process of law in that the claim for punitive damages is vague and not rationally related to any legitimate government interests.

i)      Any demand for punitive damages violates the rights guaranteed by the United States Constitution in that the claim for punitive damages is penal in nature for which the burden of proof on Plaintiff is less than the "reasonable doubt" standard required in criminal cases.

j)      Any demand for punitive damages is unconstitutional under the Constitution of the State of Alabama which provides in Article I, Section 6, that no person shall be deprived of life, liberty or property except by due process of law, in that the punitive damages claimed are vague and not rationally related to any legitimate government interests.

k)      Any demand for punitive damages is unconstitutional under the Constitution of the State of Alabama, Section 6, which provides that no person shall be deprived of life,

liberty, or property except by due process of law, in that the punitive damages claimed are penal in nature, requiring a burden of proof on Plaintiff which is less than the "reasonable doubt" standards applicable in a criminal case.

l)      Punitive damage awards in Alabama are not governed by any specific standards, are not based upon rational distinctions, and do not serve any legitimate state interest. Consequently, such awards violate the due process and equal protection provisions of both the Fourteenth Amendment of the United States Constitution and Article I, Sections 1, 6, and 22 of the Constitution of the State of Alabama.

m)      The amount of an award of punitive damages could violate the excessive fines provisions of the Eighth Amendment of the United States Constitution and Article I, Section 15 of the Constitution of the State of Alabama.

n)      Punitive damages are penal in nature, yet defendants in civil actions are not accorded the same procedural safeguards accorded to criminal defendants under the Fourteenth, Fifteenth, and Sixteenth Amendments to the United States Constitution, including, without limitation, requiring proof beyond a reasonable doubt and imposing civil penal fines in excess of those fines that could be imposed under criminal law.

o)      Plaintiff's claims for punitive damages are barred or limited by the provisions of Code of Alabama § 6-11-20, *et seq.* (1975) or any other applicable statutory provision.

## SIXTEENTH AFFIRMATIVE DEFENSE

Experian pleads privilege and immunity, qualified privilege and immunity, conditional privilege and immunity, and/or absolute privilege and immunity.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Experian reserves the right to assert additional affirmative defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1) That Plaintiff takes nothing by virtue of the Complaint herein and that this actionbe dismissed in its entirety;

(2) For costs of suit and attorneys' fees herein incurred; and

(3) For such other and further relief as the Court may deem just and proper.

Respectfully submitted this 4th day of March, 2011.

/s/ L. Jackson Young, Jr._____
L. Jackson Young, Jr.
*Attorney for Defendant Experian Information
Solutions, Inc.*

OF COUNSEL:
FERGUSON, FROST & DODSON, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722 – telephone
(205) 879-8831 – telecopier
Email: ljy@ffdlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on this the 4th day of March, 2011, a copy of the foregoing document has been served upon counsel for all parties electronically via CM/ECF:

Wesley L. Phillips, Esq.
PHILLIPS LAW GROUP, LLC
Post Office Box 130488
Birmingham, Alabama 35213-0488
Email: wlp@wphillipslaw.com
*Attorney for Plaintiff Tammy C. Preston*

Paige M. Oldshue, Esq.
ROSEN HARWOOD, PA
Post Office Box 2727
Tuscaloosa, Alabama 35403-2727
Email: poldshue@rosenharwood.com
*Attorney for Defendant Vanderbilt Mortgage and Finance, Inc.*

/s/ L. Jackson Young, Jr.
Of Counsel