IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **TAMMY C. PRESTON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 11-PT-832-E |
| | ) | |
| **EXPERIAN SOLUTIONS, INC.** | ) | |
| | ) | |
| Defendant. | ) | |

## DISMISSAL ORDER

This cause comes before the court on the Plaintiff's Motion to Dismiss defendant Experian Information Solutions, Inc., filed by plaintiff on June 13, 2011. The motion is **GRANTED** and this action is **DISMISSED, WITH PREJUDICE;** each party to bear own costs.

**DONE** and **ORDERED** this the 14th day of June, 2011.

_____
**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**